IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARLINGTON ANSELMO HEYLIGAR,**<br><br>Plaintiff,<br><br>v.<br><br>**JONES, et al.,**<br><br>Defendants. | Case No. 2:23-cv-1899 KJN P<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REQUESTING EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS |

Plaintiff is a state prisoner, appearing pro se and in forma pauperis. On February 5, 2024, counsel for defendants t. Jones, Richards, and E. Corter filed a motion for extension of time to file waivers of service of process. Good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 5, 2024 motion (ECF No. 13) is granted; and

2. Defendants T. Jones, Richards, and E. Corter shall file any waivers of service of process by March 8, 2024.

Dated:  February 7, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/heyl1899.eot