UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLINGTON ANSELMO HEYLIGAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONES, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1899 CSK P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that on July 10, 2022, in violation of the Eighth Amendment, defendants Jones, Corter and Beltran used unnecessary and excessive force on plaintiff (Claim I), and defendant Richards was deliberately indifferent to plaintiff's serious medical and mental health needs (Claim II). (ECF No. 1.)

　　　　On April 15, 2024, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendants' motion to opt out (ECF No. 18) is granted and the ADR stay of this action (ECF No. 16) is lifted; and

////

////

2. Within thirty days from the date of this order, defendants shall file a responsive pleading.

Dated: April 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/heyl1899.opt